UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEON HARRIS,<br><br>        Petitioner,<br><br>  v.<br><br>RICHARD IVES,<br><br>        Respondent. | No. CV 14-750 FMO (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 14, 2014

                                                       /s/<br>
                                        FERNANDO M. OLGUIN<br>
                                        United States District Judge